## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Medcor, Inc.
                    Plaintiff,

            v.                                    Civil Action No. 23-CV-00576

Faith Technologies, Inc.,
                    Defendant.

## ORDER FOR
## VOLUNTARY DISMISSAL

Plaintiff having filed a voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A).

Having reviewed the motion and the record in this matter, and finding that the

Defendant has not filed an answer or motion for summary judgment,

Plaintiff's motion is granted.

**IT IS SO ORDERED.**

Dated:  August 4, 2023                   s/ William C. Griesbach
                                         William C. Griesbach
                                         UNITED STATES DISTRICT JUDGE